09-4477-cv
Wyly v. Computer Associates International, Inc.

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

# <u>SUMMARY ORDER</u>

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 19th day of July, two thousand ten.

PRESENT: DENNIS JACOBS,
                              <u>Chief Judge</u>,
              DENNY CHIN,
                              <u>Circuit Judge</u>.*

- - - - - - - - - - - - - - - - - - - -X
SAM WYLY, RANGER GOVERNANCE, LTD.,
        <u>Plaintiffs-Appellants</u>,

        **-v.-**                                          **09-4477-cv**

COMPUTER ASSOCIATES INTERNATIONAL,
INC., STERLING SOFTWARE, INC.,
        <u>Defendants-Appellees</u>.
- - - - - - - - - - - - - - - - - - - -X

---

* The Honorable Richard C. Wesley, originally a member of the panel, did not participate in consideration of this appeal. The two remaining members of the panel, who are in agreement, have determined the matter. <u>See</u> 28 U.S.C. § 46(d); 2d Cir. I.O.P. E; <u>United States v. Desimone</u>, 140 F.3d 457 (2d Cir. 1998).

**FOR APPELLANTS:** Robert Gifford (Luke A. McGrath, William A. Brewer III on the brief), Bickel & Brewer, New York, NY.

**FOR APPELLEES:** Robert J. Giuffra, Jr. (Tracy Richelle High, William B. Monahan, Thomas W. Walsh on the brief), Sullivan & Cromwell LLP, New York, NY.

Appeal from a judgment of the United States District Court for the Eastern District of New York (Platt, J.).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the district court be **AFFIRMED**. We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

For substantially the reasons adopted by the district court, we reject appellants' claims for legal fees, fraudulent inducement, and declaratory relief. See Wyly v. CA, Inc., No. 05-CV-4430, 2009 U.S. Dist. LEXIS 90064 (E.D.N.Y. Sept. 29, 2009) (citing the Report and Recommendation of Magistrate Judge Boyle, see Wyly v. CA, Inc., No. 05-CV-4430, 2009 U.S. Dist. LEXIS 90037 (E.D.N.Y. Sept. 2, 2009)).

Appellants note that the district court signed an order adopting the Report and Recommendation of the magistrate judge on the same day that appellants filed their timely objections to it, and argue therefore that the district court could not have conducted a proper de novo review. See Fed. R. Civ. P. 72(b). The inference is debatable. Moreover, we note that the district court filed the order granting appellee's motion for summary judgment eleven days after the objections were filed. This period was more than sufficient for de novo review.

Finding no merit in appellants' remaining arguments, we hereby **AFFIRM** the judgment of the district court.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, CLERK